In the Matter of the Claim of LEOLA MEREDITH, Respondent, v. UNITED STATES INDUSTRIAL CHEMICALS CO. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

956

Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.